FORM 26. Docketing Statement                                    Form 26 (p. 1)
                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 23-1620

**Short Case Caption:** ATOS, LLC v. Allstate Insurance Company

**Filing Party/Entity:** Allstate Insurance Company

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2021-01209 | Inter Partes Review |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirm final written decision.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Board found claims 1-4, 6, and 9-25 of U.S. Patent No. 9,152,609 unpatentable.

**Briefly describe the judgment/order appealed from:**

The Board found claims 1-4, 6, and 9-25 of U.S. Patent No. 9,152,609 unpatentable under Sections 102 and 103, and found that claims 5, 7, and 8 had not been shown unpatentable.

**Nature of judgment (select one):**     **Date of judgment:** 1/24/23

☒ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain)                    _____

FORM 26. Docketing Statement                                       Form 26 (p. 2)
                                                                        July 2020

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

ATOS, LLC v. Allstate Insurance Company, Nos. 23-1619, 23-1621 (Fed. Cir.) are related

Issues to be raised on appeal:  ☐ None/Not Applicable

Affirm final written decision.

Have there been discussions with other parties relating to settlement of this case?
☑ Yes  ☐ No

If "yes," when were the last such discussions?
☐ Before the case was filed below
☑ During the pendency of the case below
☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☐ Yes   ☑ No

If they were mediated, by whom?

N/A

Do you believe that this case may be amenable to mediation? ☐ Yes  ☑ No

Explain.

The related district court case in the Northern District of Illinois is scheduled for a settlement conference mediated by a Magistrate Judge on April 11, 2023, so this matter need not be included in this Court's mediation program.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

N/A

Date: 3/31/03      Signature: /s/ Nathaniel C. Love
                   Name:      Nathaniel C. Love

Save for Filing