No. 23-1620

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

ATOS, LLC

*Appellant*

v.

ALLSTATE INSURANCE COMPANY

*Appellee*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in *Inter Partes* Review No. IPR2021-01209

APPELLEE ALLSTATE INSURANCE COMPANY'S
CERTIFICATE OF INTEREST

Nathaniel C. Love
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000

*Counsel for Allstate Insurance Company*

March 31, 2023

# CERTIFICATE OF INTEREST

Counsel for Appellee, Allstate Insurance Company, Nathaniel C. Love, certifies the following:

1.  **Represented Entities.** Provide the full names of all entities represented by undersigned counsel in this case. Fed. Cir. R. 47.4(a)(1).

    Allstate Insurance Company.

2.  **Real Party in Interest.** Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. Fed. Cir. R. 47.4(a)(2).

    None beyond Represented Entity above.

3.  **Parent Corporations and Stockholders.** Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. Fed. Cir. R. 47.4(a)(3).

    Allstate Insurance Company is 100% owned by Allstate Insurance Holdings, LLC, which is 100% owned by The Allstate Corporation, a Delaware corporation.

4.  **Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

    Sidley Austin LLP: Scott M. Border; Christopher P. Shoup.

5.  **Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's

decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5).

*ATOS, LLC v. Allstate Insurance Company*, Nos. 23-1619, 23-1621 (Fed. Cir.); *ATOS, LLC v. Allstate Insurance Company*, No. 20-cv-06224 (N.D. Ill.).

**6.     Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

Not applicable.

| | |
|---|---|
| March 31, 2023 | /s/ *Nathaniel C. Love* <br> Nathaniel C. Love <br> SIDLEY AUSTIN LLP <br> One South Dearborn <br> Chicago, IL 60603 <br> (312) 853-7000 |
| | *Counsel for Appellee* |

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically using the Court's case management and electronic case filing (CM/ECF) system, which will serve notice on all registered users.


Dated: March 31, 2023                /s/ *Nathaniel C. Love*
                                     Nathaniel C. Love
                                     SIDLEY AUSTIN LLP
                                     One South Dearborn
                                     Chicago, IL 60603
                                     (312) 853-7000

                                     *Counsel for Appellee*