FORM 9A. Notice of Related Case Information                                    Form 9A (p. 1)
                                                                                 March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-1620

**Short Case Caption** ATOS, LLC v. Allstate Insurance Company

**Filing Party/Entity** ATOS, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

ATOS, LLC v. AllState Insurance Co., Esurance Insurance Services, Inc., and Arity, LLC, 1:20-cv-06224, U.S. District Court for the Northern District of Illinois

ATOS, LLC v. Allstate Insurance Company, Fed. Cir. 23-1619, appeal from IPR2021-01118, U.S. Patent and Trademark Office Patent Trial and Appeal Board

ATOS, LLC v. Allstate Insurance Company, Fed. Cir. 23-1621, appeal from IPR2021-01449, U.S. Patent and Trademark Office Patent Trial and Appeal Board

☐  Additional pages attached

FORM 9A. Notice of Related Case Information    Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Atos, LLC
AllState Insurance Co.
Esurance Insurance Services, Inc.
Arity, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

Debbie L. Berman, Joel T. Pelz, Reginald J. Hill, Amit B. Patel, Benjamin J. Bradford, Michael T. Werner, Jenner & Block LLP, 353 North Clark Street, Chicago, IL 60654; Adam G. Unikowsky, Jenner & Block LLP, 1099 New York Avenue, NW, Suite 900, Washington, DC 20001-4412; Lisa M. Schoedel

Thomas D. Rein, Christopher P. Shoup, Nathaniel C. Love, Stephanie P. Smith Koh Sidley Austin LLP, One South Dearborn, Chicago, IL 60603; Kevin R. Oliver, Sidley Austin LLP, 787 7th Avenue, New York, NY 10019

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/03/2023

Signature: s/ Reginald J. Hill

Name: Reginald J. Hill